United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Yvonne A. Bonner, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-4273 |
| | § | |
| PHH Mortgage Corporation, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 22, 2026, Magistrate Judge Peter Bray recommended that the court grant Defendant PHH Mortgage Corporation's Motion to Dismiss. (Docket Entry No. 26.) The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion. This case is **DISMISSED WITH PREJUDICE.**

A separate final judgment will be entered.

**SIGNED** at Houston, Texas, on this the 7th day of July, 2026.

_____
Sim Lake
Senior United States District Judge